[No. 28553-0-I.   Division One.   January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, RUSTINA V.H.C. GUTHRIE, *Appellant*, v. JOHN MELVIN ANGVIK, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, Nos. 89-5-00696-1, 89-5-02682-4, George T. Mattson, J., entered May 7, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Grosse and Baker, JJ.

[No. 28795-8-I.   Division One.   January 19, 1993.]

*In the Matter of the Marriage of* OLAREE E. HOPPEL, *and* ARMAND B. HOPPEL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-3-00105-7, Robert C. Bibb, J., entered June 14, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.

[No. 27267-5-I.   Division One.   January 19, 1993.]

*In the Matter of the Marriage of* RUTH M. BERGHUIS, *Respondent, and* LARRY W. BERGHUIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-3-01370-5, Daniel T. Kershner, J., entered August 2, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Baker and Kennedy, JJ.